IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QYTARIUS TYLER**  PLAINTIFF
ADC #661060

v.  CASE NO. 2:21-CV-00151-BSM

**ANTHONY JACKSON,** *et al.*  DEFENDANTS

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 29] is adopted, and Marcus Etherly's motion for partial summary judgment [Doc. No. 21] is granted. Accordingly, Qytarius Tyler's claims against Etherly are dismissed without prejudice.

IT IS SO ORDERED this 29th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE