# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**QYTARIUS TYLER**  **PLAINTIFF**
**ADC #661060**

V.                    NO. 2:21-cv-00151-BSM-ERE

**ANTHONY JACKSON,** *et al.*                    **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Qytarius Tyler's motion to compel discovery. *Doc. 43*. Defendants have now responded to Mr. Tyler's motion explaining that they did not respond to Mr. Tyler's discovery requests because he filed them with the Court (*Docs. 41, 42*), rather than serving them directly on Defendants. *Doc. 47*.

Mr. Tyler is once again reminded that he should send discovery requests to counsel for Defendants, rather than filing them with the Court. *Doc. 3 at 2*. However, because Defendants have access to a copy of the requested discovery and to avoid further delay, the Court will direct Defendants to respond to the outstanding written discovery.

IT IS THEREFORE ORDERED THAT:

1. Mr. Tyler's motion to compel (*Doc. 43*) is DENIED.

2. To avoid further delay, the Court directs Defendants to respond to Mr. Tyler's discovery requests, *Docs. 41 and 42*, within thirty days.

3. Mr. Tyler is instructed to comply with the Court's Initial Order, *Doc. 3*, in the future. The Clerk is directed to send him another copy of the Initial Order.

Dated this 28th day of July, 2022.

                                                                       _____
                                                                        UNITED STATES MAGISTRATE JUDGE