# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**QYTARIUS TYLER**                                                                                 **PLAINTIFF**
**ADC #661060**

V.                              NO. 2:21-cv-00151-BSM-ERE

**ANTHONY JACKSON,** *et al.*                                                            **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff QyTarius Tyler's motion to amend his complaint to clarify his request for relief. *Doc. 50*.

IT IS HEREBY ORDERED THAT:

1. Mr. Tyler's motion to amend (*Doc. 50*) is GRANTED.

2. The Clerk is instructed to file Mr. Tyler's motion (*Doc. 50*) as a supplement to his original complaint (*Doc. 2*).

Dated this 29th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE