# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**QYTARIUS TYLER**                                                                                      **PLAINTIFF**
ADC #661060

v.                              **CASE NO. 2:21-CV-00151-BSM**

**ANTHONY JACKSON,** *et al.*                                                                  **DEFENDANTS**

## ORDER

    Having carefully reviewed the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 71] is adopted, QyTarius Tyler's motion for summary judgment [Doc. No. 53] is denied, and defendants' motion for summary judgment [Doc. No. 65] is granted in part and denied in part. Tyler's claims against Marcus Etherly, Benjamin Woodard, and Antwon Emsweller are dismissed with prejudice, but Tyler may proceed with his excessive force claim against Anthony Jackson for money damages. The clerk's office is directed to change the case caption to *QyTarius Tyler v. Anthony Jackson*.

    IT IS SO ORDERED this 7th day of March, 2023.

                                                                                                          _____
                                                                                                          UNITED STATES DISTRICT JUDGE