IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QYTARIUS TYLER**                                                                              **PLAINTIFF**

v.                          **CASE NO. 2:21-CV-00151-BSM**

**ANTHONY JACKSON**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE